IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN P. WALLIS                                                                                      PLAINTIFF

v.                             Civil No. 11-5160

SHERIFF TIM HELDER;
SGT. MORSE; CPL. GUTHARY;
JAIL ADMINISTRATOR RANDALL
DENZER; and JOHN DOES 1 TO 3,
Shift Supervisor, Night Shift Sergeant,
and Night Shift Corporal                                                                    DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. He proceeds *in forma pauperis* and *pro se.*

On November 19, 2012, the Defendants filed a motion for summary judgment (Docs. 72-74). On November 29, 2012, an order (Doc. 75) was entered directing the Plaintiff to state whether he had received the motion for summary judgment (Doc. 72) filed by the Defendants. Plaintiff was also to advise the Court whether he wanted to respond to the motion on his own or was requesting the assistance of the Court in preparing a questionnaire.

Plaintiff was to respond by December 28, 2012. To date, Plaintiff has not responded to the order. On January 20, 2013, a show cause order was entered (Doc. 80). Plaintiff was given until February 19, 2013, to respond to the show cause order. He was advised that failure to respond would result in the dismissal of this case.

To date, Plaintiff has not responded to either orders (Docs. 75 & 80). He has not communicated with the Court in anyway. I therefore recommend that this action be dismissed because of Plaintiff's failure to obey the orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of February 2013.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE