```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

JOHN P. WALLIS                                                    PLAINTIFF

           v.                    Civil No. 11-5160

SHERIFF TIM HELDER; SGT.
MORSE; CPL. GUTHARY;
JAIL ADMINISTRATOR RANDALL
DENZER; and JOHN DOES 1 TO 3,
Shift Supervisor, Night Shift
Sergeant, and Night Shift Corporal                                DEFENDANTS

**ORDER**

Now on this 18th day of April, 2013, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #81), filed on February 21, 2013, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #81) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this action is dismissed because of plaintiff's failure to obey the orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                 JIMM LARRY HENDREN
                                                 UNITED STATES DISTRICT JUDGE